IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>466B Ash Road, Kalispell, MT, 59901, residence of Sandra Johnson | MJ 18-20-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 16th day of May, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1